IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA, GENERIC PHARMACEUTICAL ASSOCIATION, and BIOTECHNOLOGY INDUSTRY ORGANIZATION,<br><br>Plaintiffs,<br>v.<br>ALAMEDA COUNTY, CALIFORNIA and ALAMEDA COUNTY DEPARTMENT OF ENVIRONMENTAL HEALTH,<br><br>Defendants.<br>_____/ | No. C 12-06203 RS<br><br>**CASE MANAGEMENT SCHEDULING ORDER** |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on March 7, 2013. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1.   DISCOVERY.  Discovery procedures shall be considered if and when the parties' cross-motions for summary judgment are denied.

2.   CROSS MOTIONS FOR SUMMARY JUDGMENT.  The parties cross motions for summary judgment shall proceed as follows:

1  A. Plaintiffs shall file its motion for summary judgment no later than April 4, 2013.

2  B. Defendants shall files their opposition to plaintiffs' motion and their cross motion
3  for summary judgment on or before May 9, 2013.

4  C. Plaintiffs shall file their opposition to defendants' cross motion and their reply to
5  their motion for summary judgment no later than May 23, 2013.

6  D. Defendants shall file their reply to their cross motion for summary judgment no
7  later than June 13, 2013.

8  E. A hearing on the parties cross motions for summary judgment shall take place on
9  **June 27, 2013 at 1:30 p.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden
10  Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

DATED: 3/7/13

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER

2