IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

PHARMACEUTICAL RESEARCH AND
MANUFACTURERS OF AMERICA, et al.,

    Plaintiffs,

  v.

COUNTY OF ALAMEDA, et al.,

    Defendant.

_____/

No. C 12-6203 RS

**JUDGMENT**

Based on the order issued herewith, denying plaintiffs' motion for summary judgment and granting defendants' cross-motion for summary judgment, the Court enters judgment in favor of defendants and against plaintiffs in the above-entitled action..

IT IS SO ORDERED.

Dated: 8/28/13

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE